IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JARQUEZ LAMONTE COLEMAN, | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION    18-0439-JB-MU |
| C.O. R. HALL, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 16, 2020, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 10th day of February, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE